| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shauntrelle Davidson** | Social Security number or ITIN **xxx–xx–6841** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Louisiana** | | |
| Case number:  **19–10001 Section A Office Code:  2** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Shauntrelle Davidson

<u>3/24/21</u>                                                         **By the court:** <u>Meredith S. Grabill</u>
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Louisiana

In re:  Case No. 19-10001-MSG
Shauntrelle Davidson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 053L-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shauntrelle Davidson, 5850 Albany Court, New Orleans, LA 70131-3818 |
| smg | + | Collector of Revenue, City of New Orleans, Department of Finance, 1300 Perdido Street, RM 1W15, New Orleans, LA 70112-2128 |
| smg | | U. S. Attorney's Office, Eastern District of Louisiana, 650 Poydras Street, Suite 1600, New Orleans, LA 70130-7212 |
| cr | + | Carrington Mortgage Services, LLC as servicer for, Shapiro and Daigrepont, 3510 N. Causeway Blvd., Suite 600, Metairie, LA 70002-3540 |
| 3687294 | + | Carrington Mortgage Services, P.O. 5001, Westfield, IN 46074-5001 |
| 3687296 | + | MOHELA/Debt of Ed, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 3687298 | + | Orion Prosper, 980 South Coit Road, Prosper, TX 75078-2989 |
| 3689737 | + | SHAPIRO & DAIGREPONT, L.L.C., 3510 N. Causeway Blvd., Suite 600, Metairie, LA 70002-3540 |
| 3687940 | + | U S Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: LADOR | Mar 24 2021 23:13:00 | Louisiana Department of Revenue, Collection Division/Bankruptcy Section, P. O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Mar 24 2021 19:43:00 | Louisiana Workforce Commission, UI Tax Liability and Adjudications, Attn: Bankruptcy Unit, 1001 N. 23rd Street, Baton Rouge, LA 70802-3338 |
| 3687292 | | EDI: BANKAMER.COM | Mar 24 2021 23:13:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 3687293 | + | EDI: CAPONEAUTO.COM | Mar 24 2021 23:13:00 | Capital One Auto Finance, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 3701381 | + | EDI: AISACG.COM | Mar 24 2021 23:13:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 3701380 | + | EDI: AISACG.COM | Mar 24 2021 23:13:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 3755991 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 24 2021 19:43:00 | Carrington Mortgage Services, LLC, P.O. Box 3730, Anaheim, CA 92803-3730 |
| 3697875 | + | EDI: MID8.COM | Mar 24 2021 23:13:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 3687297 | + | EDI: NFCU.COM | Mar 24 2021 23:13:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 3687299 | | Email/Text: anna.martin@receivablerecovery.com | Mar 24 2021 19:43:00 | Receivable Recovery Service Llc, Rrs - Attn: Bankruptcy, 110 Veterans Memorial Blvd Ste 445, Metairie, LA 70005 |

| District/off: 053L-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 3180W | Total Noticed: 21 |

| 3687300 | + EDI: DRIV.COM | Mar 24 2021 23:13:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 3687301 | + EDI: ECMC.COM | Mar 24 2021 23:13:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3687295 | ##+ | Department of Education MOHELA, PO Box 105347, Atlanta, GA 30348-5347 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Graham | on behalf of Debtor Shauntrelle Davidson jgraham@jamesgrahamlaw.com  jagraham@mygrad.loyno.edu |
| L. Claire Mayer | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. cmayer@logs.com, laecf@logs.com;logsecf@logs.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Remy Symons | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. rsymons@logs.com, laecf@logs.com;logsecf@logs.com |
| S. J. Beaulieu, Jr. | ecf@ch13no.com |
| Sean Erin Williams | on behalf of Creditor Carrington Mortgage Services  LLC as servicer for Bank of America, N.A. laecf@LOGS.com |

TOTAL: 6